IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–15–BU–DLC-2 |
| Plaintiff, | |
| vs. | ORDER |
| AUSTIN PERRY KING-TERRELL, | |
| Defendant. | |

Defendant Austin Perry King-Terrell's unopposed Motion for Early Termination of Probation is now before the Court. (Doc. 67.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3564(c).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 67) is GRANTED. As of the date of this Order, Defendant's probation is terminated.

DATED this 2nd day of June, 2026.

Dana L. Christensen, District Judge
United States District Court